**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAVON LOVOWE RAMSEY, | No. 2:20-CV-0327-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On July 21, 2020, the Court screened plaintiff's complaint and found that he stated a cognizable claim and other non-cognizable claims. See ECF No. 9. The Court directed plaintiff to file a first amended complaint within 30 days. Id. No amended complaint followed. On September 1, 2020, the Court issued findings and recommendations that plaintiff's action be dismissed for lack of prosecution and failure to comply with court rules and orders. See ECF No. 12. On September 8, 2020, plaintiff submitted objections to the findings and recommendations See ECF No. 13.

/ / /

/ / /

/ / /

1      In his objections, plaintiff states that he complied with the Court's order to file a

2 first amended complaint by filing an amended complaint on August 17, 2020, in another case

3 pending in this court, <u>Ramsey v. CDCR, et al.</u>, E. Dist. Cal. case no. 2:20-CV-1605-EFB.

4 Because plaintiff made efforts, albeit procedurally flawed, to comply with the Court's order, the

5 September 1, 2020, findings and recommendations will be vacated.

6      A review of the docket case no. 2:20-CV-1605-EFB reflects that the matter has

7 been transferred to the United States District Court for the Northern District of California.  In the

8 transfer order, the Court stated:

9
> . . . Plaintiff's complaint alleges inadequate medical care while housed at Salinas Valley State Prison in the County of Monterey and through the care of defendant Dr. Rasheed, whose business is located in the County of San Luis Obispo. The complaint also names the California Department of Corrections and Rehabilitation, located in the County of Sacramento.
>
> The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).
>
> In this case, venue could properly lie in three of California's judicial districts, as Monterey County (where the acts or failure to act that allegedly resulted in inadequate medical care occurred) lies in the Northern District, San Luis Obispo County (where Dr. Rasheed's practice is located) lies in the Central District, and Sacramento County (the location of the California Department of Corrections and Rehabilitation) lies in the Eastern District.
>
> The core allegations of this case are acts of improper medical care while housed at Salinas Valley State Prison in the County of Monterey. If this case proceeds on the merits it will involve the taking of evidence and testimony on that issue. Because any potential claims appear to have arisen at Salinas Valley State Prison, the court finds that the interests of justice will be better served by transferring this case to the Northern District of California. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).

24 A review of the allegations in both actions reflects that they are identical.  Therefore, the current

25 action will also be transferred to the United States District Court for the Northern District of

26 California, with that court left to resolve the issue of duplicative actions.

27 / / /

28 / / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issue don September 1, 2020, are vacated; and

2. The Clerk of the Court is directed to transfer this action to the United States District Court for the Northern District of California.

Dated:  September 14, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE